

FILED
CLERK, U.S. DISTRICT COURT

December 8, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARLOS DEL TORO;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a California corporation; WELLS FARGO HOME MORTGAGE, a California corporation and DOES 1 through 50;<br><br>Defendants. | CASE NO.: 2:16-cv-08034-SJO-E<br><br>**JUDGMENT OF DISMISSAL**<br><br>[Assigned to the Hon. S. James Otero] |

On December 5, 2016, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued separately as "Wells Fargo Home Mortgage") dismissing the Complaint in its entirety.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, without leave

to amend;

    2.    Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and

    3.    Plaintiff, Carlos Del Toro will recover nothing in this action from defendant WELLS FARGO BANK, N.A.

*[Signature: S. James Otero]*

DATED:  December 8, 2016

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Case 2:16-cv-08034-SJO-E Document 16 Filed 12/08/16 Page 3 of 3 Page ID #:255